# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 27, 2026

Lyle W. Cayce
Clerk

No. 25-10830

———————————

TONY MCDONALD,

*Plaintiff—Appellant*,

*versus*

FEDERAL ELECTION COMMISSION,

*Defendant—Appellee.*

———————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-153

———————————

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT